**In re:  Thomas J. GERRARD, Petitioner.**

**No. 06–1758.**

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. March 10, 2006.

Filed May 19, 2006.

Thomas J. Gerrard, Camden, NJ, pro se.

Robyn B. Mitchell, Office of Attorney General of New Jersey, Trenton, NJ, for Respondent.

Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

### OPINION

### PER CURIAM.

Petitioner Thomas Gerrard asks this Court for a writ of mandamus to direct the United States District Court for the District of New Jersey to take action on his petition under 28 U.S.C. § 2254. On April 11, 2006, the District Court entered an order directing the Respondents to file an answer to Gerrard's petition. Accordingly, we will deny the request as moot.